OKWD Revised AO 442 (1/16/15)

1195 1900
2664-0421-0658-Z

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**

**V.**

JIN FU LIU

*Defendant*

Case Number: CR-26-177-D- 20

RECEIVED
APR 22 2026
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JIN FU LIU,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:846 DRUG CONSPIRACY (1)

21:843(b) UNLAWFUL USE OF A COMMUNICATION FACILITY (53)

21:841(a)(1) DISTRIBUTION OF MARIHUANA (54)

**Amy Wallace, Deputy Clerk**
**Oklahoma City, Oklahoma**

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA

*WARRANT ISSUED:*
9:23 am, Apr 22, 2026
*JOAN KANE, CLERK*

*By:* [signature]

### Return

This warrant was received on *(date)* ________________, and the person was arrested on *(date)* ________________
at (*city and state)* ________________.

Date: ________________

ARRESTED ON: 04/28/2026
WITHIN THE W DISTRICT OF OK
BY: DEA

________________
*Arresting officer's signature*

________________
*Printed name and title*