UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:26-CR-177-D |
| | § | |
| DINGFU YANG (44) | § | |

---

**UNOPPOSED MOTION TO SUBSTITUTE AS ATTORNEY OF RECORD**

---

TO THE HONORABLE TIMOTHY D. DEGIUSTI, CHIEF DISTRICT JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

COMES NOW PAUL LUND, an attorney admitted to practice in this Court and files this Motion to Substitute as attorney of record for attorney Defendant Dingfu Yang in this case. The Defendant would show as follows:

**I.**

The Defendant has been represented in this matter by attorney Thomas M. Wright. See Doc. 166. The Defendant now wishes to be represented by the undersigned attorney in this matter. The undersigned has filed a Notice of Appearance in this case and would also ask to be substituted as attorney of record for Attorney Wright. See Doc. 367.

**II.**

The Defendant has the right to counsel of his own choosing if an attorney agrees to take his case. *United States v. Gonzalez-Lopez*, 548 U.S. 140 (2006). The undersigned has conferred with AUSA Elizabeth Bagwell who is representing the Government in this matter and she has confirmed the Government is unopposed to this Motion. Additionally the undersigned has conferred with Attorney Wright who has confirmed he is unopposed to this matter. As no party is opposed to the

motion, the Defendant would ask that this Court grant the motion.

WHEREFORE, undersigned counsel prays that the Court grant this Motion to Substitute as Attorney of Record and substitute new counsel Paul Lund for the undersigned.

Respectfully Submitted,

*/s/ Paul T. Lund*

Paul T. Lund
State Bar No. 24070185
900 Jackson Street, Suite 430
Dallas, Texas 75202
Phone: 214-997-3907
Fax: 214-613-1067
Attorney for Defendant
Dingfu Yang

CERTIFICATE OF CONFERENCE

This is to certify that on May 6, 2026, the undersigned confirmed Assistant United States Attorney Elizabeth Bagwell does not have any objections to the granting of this motion.

*s/ Paul T. Lund*

PAUL T. LUND

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served upon Assistant United States Attorney, Elizabeth Bagwell on May 6, 2026 by means of the ECF filing system. A copy was similarly served on Thomas M. Wright.

*/s/ Paul T. Lund*

PAUL T. LUND