**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-26-177-D |
| | ) | |
| LI SHUN CHEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the Second Motion for Protective Order [Doc. No. 546]. Upon consideration, and for good cause shown, the motion is **GRANTED**.[1]

**IT IS THEREFORE ORDERED** that any documents or files produced to the defense by the government may be disclosed only to the Defendants named in the motion, defense counsel, and the agents of defense counsel, except as necessary during court proceedings, interviews of potential witnesses, defense counsels' investigations or that of their agents, or in court filings consistent with Rule 49.1 of the Federal Rules of Criminal Procedure.

**IT IS FURTHER ORDERED** that the Defendants, defense counsel, and the agents of defense counsel make potential witnesses aware of this Court's protective order prior to any disclosure of protected information and instruct potential witnesses not to disclose any

[1] Defendants are charged in a single indictment. Thirty-eight Defendants have been arraigned on the indictment. Eight Defendants, as listed in the motion, do not object to the entry of the protective order. The remaining thirty Defendants are already bound to the terms of the protective order pursuant to the Court's order [Doc. No. 431], granting the government's first Motion for Protective Order [Doc. No. 477].

protected information obtained from defense counsel or defense counsel's agents. Any information obtained by a witness from a Defendant, and which was obtained as a result of the discovery disclosure of the government is likewise included in this protective order. The Defendants shall be made aware that, in addition to physical copies of the discovery, providing the content of the discovery orally or in personal writings, other than as allowed by this Order, would be in violation of this Order.

**IT IS SO ORDERED** this 25th day of June, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE