**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

Date: August 6, 2026

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-26-177-D |
| | ) | |
| REN AI ZHENG, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER:**

Before the Court is Defendant's Motion to Dismiss Count One of the Indictment [Doc. No. 609]. It appears that counsel for the defense inadvertently filed the motion on behalf of every defendant in this case rather than just his client, Ren Ai Zheng, and he failed to sign the motion. Additionally, it appears Defendant's motion seeks to dismiss the Indictment without relying upon evidentiary materials outside the face of Indictment. The deadline to file such motion was August 3, 2026. Defendant filed the instant motion on August 5, 2026, without first obtaining leave of Court to file out of time. Accordingly, Defendant's motion is **STRICKEN**.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

***Joan Kane, Clerk***

***By: s/ Jane Eagleston***
***Deputy Clerk***

***Copies to all parties of record***